RECEIVED

OCT - 3 2012

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| DELVIN DE'MON MOORE,<br>   Plaintiff | CIVIL ACTION<br>SECTION "P"<br>NO. 1:11-CV-00227 |
| VERSUS | |
| TERRY EVANS, et al.,<br>   Defendants | JUDGE JAMES T. TRIMBLE, JR.<br>MAGISTRATE JUDGE JAMES D. KIRK |

# J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that defendants' motion for summary judgment is GRANTED and Moore's action is DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 3rd day of October, 2012.

                _____
                JAMES T. TRIMBLE, JR.
                UNITED STATES DISTRICT JUDGE